John P. O'Connor et al., appellants, v. High School Board of Education of Evanston High School District et al., appellees. Gen. No. 23,470.

Bill to have election declared void, and to restrain issuance of bonds and tax levy. Decree for defendants. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

Howard T. Wilcoxon and William Sherman Carson, for appellants. Wilson, Moore & McIlvaine, for appellees; Nathan G. Moore, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Mary Brady, plaintiff in error, v. Consumers' Company, defendant in error. Gen. No. 24,063.

Action by passenger to recover for personal injury sustained in collision with motor truck. Judgment for plaintiff for $25. Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

John T. Byrnes, for plaintiff in error. John A. Bloomingston, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. George Waters, appellant. Gen. No. 24,198.

Prosecution for violation of municipal ordinance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Mahoney, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed January 27, 1919. Rehearing denied and additional opinion on rehearing filed February 10, 1919.

Ryan & Lewis, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Wesley I. Thomas, trading as Royal Broom Company, plaintiff in error, v. John E. Kavanagh et al., trading as Kavanagh Bros. & Company, defendants in error. Gen. No. 24,449.

Action to recover for breach of contract in failing to deliver goods purchased. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

A. F. W. Siebel, for plaintiff in error. Paden & Kropf, for defendants in error; Oscar A. Kropf, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Fred C. Aiken, appellant, v. Peter Dicken and Frederick Schepler, trading as Dicken & Schepler, appellees. Gen. No. 24,514.

Action to recover rent alleged to have been collected by defendants. Judgment against defendant Schepler, and action dismissed as to defendant Dicken. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this